**Order entered September 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01104-CV

### IN THE INTEREST OF A.L.S., CHILD

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 79,649**

## ORDER

Before the Court is appellant's September 12, 2014 motion to review the trial court's order sustaining the contest to his affidavit of indigence. Pursuant to rule of appellate procedure 20.1(j)(3), the trial court clerk and court reporter must file, **within three days** after the motion is filed, their respective records from the indigence hearing. *See* TEX. R. APP. P. 20.1(j)(3).

Accordingly, we **ORDER** Stacey Landrum, Hunt County District Clerk, to file a supplemental clerk's record, by **SEPTEMBER 17, 2014**, containing: (1) appellant's affidavit of indigence; (2) the contest to the affidavit; and (3) the trial court's order sustaining the contest. We further **ORDER** Becky Wheeler, Official Court Reporter for the 196th Judicial District Court of Hunt County, Texas, or Cher Perry, Official Court Reporter for the County Court at Law No. 1, to file the reporter's record from the hearing on the contest to appellant's affidavit of indigence held on September 11, 2014.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Presiding Judge of the 196th Judicial District Court of Hunt County, Texas, Presiding Judge of the County Court at Law No. 1, Stacey Landrum, Becky Wheeler, Cher Perry, appellant, and counsel for appellee.

/s/     CRAIG STODDART
JUSTICE